Decided May 4, 2005

## CYNTHIA A. VIOLANO ET AL. *v.* HENRY J. FERNANDEZ ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 88 Conn. App. 1 (AC 24918), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's striking of counts two, three and four of the complaint?"

The Supreme Court docket number is SC 17424.

*William F. Gallagher* and *Hugh D. Hughes*, in support of the petition.

Decided May 4, 2005